**Order entered August 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01144-CR

**ERNEST EDWARD GAINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-56570-S**

## ORDER

The trial court has notified this Court that new appellate counsel has been appointed for Ernest Edward Gaines. Accordingly, we **REINSTATE** this appeal. Because the record has already been filed in this appeal, we **ORDER** Gaines to file his brief by September 12, 2016; the State to file its brief by October 12, 2016; and Gaines to file any reply brief by October 27, 2016.

/s/     ROBERT M. FILLMORE
JUSTICE